| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Ditech Financial LLC |

Case No: 14-11332 ABA

| |
|---|
| In Re:<br>Milford F. Dickinson<br>      &<br>Teresa Y Dickinson aka Teresa Y. Kuhns<br><br>               Debtor |

Chapter: 13

Judge: Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ditech Financial LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

420 Iris Rd Millville, NJ 08332-6905

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:10/12/2017

                                                  **/s/ Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  Denise Carlon, Esquire
                                                  Brian C. Nicholas, Esquire
                                                  **KML Law Group, P.C.**
                                                  216 Haddon Avenue, Ste. 406
                                                  Westmont, NJ 08108
                                                  (609) 250-0700 (NJ)
                                                  (215) 627-1322 (PA)
                                                  FAX: (609) 385-2214
                                                  Attorney for Movant/Applicant

*new 8/1/15*