Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 14-11332 (ABA)**

Milford F. Dickinson and Teresa Y. Dickinson  
507 Hogbin Road  
Millville, NJ  08322

Monthly Payment: $115.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2017 | $115.00 | 02/14/2017 | $115.00 | 03/21/2017 | $115.00 | 04/18/2017 | $115.00 |
| 05/16/2017 | $115.00 | 06/20/2017 | $115.00 | 07/18/2017 | $115.00 | 08/16/2017 | $115.00 |
| 09/19/2017 | $115.00 | 10/17/2017 | $115.00 | 11/14/2017 | $115.00 | 12/15/2017 | $115.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MILFORD F. DICKINSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 1 | BEST BUY CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $165.03 | $20.08 | $144.95 | $18.65 |
| 3 | Chase Freedom | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK | 33 | $12,006.05 | $1,461.20 | $10,544.85 | $1,255.11 |
| 5 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LAKEVIEW LOAN SERVICING, LLC | 24 | $546.07 | $546.07 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2014 | 60.00 | $115.00 |
| 02/01/2019 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,380.00 |
| Total paid to creditors this period: | $1,273.76 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $0.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**